UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO MARTINEZ,<br>Plaintiff,<br>v.<br>DAVYDON, et al.,<br>Defendants. | Case No. 1:25-cv-01504-KES-HBK (PC)<br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS, AND DIRECTING PAYMENT OF THE FILING FEE WITHIN THIRTY DAYS<br>Docs. 15, 19 |

Plaintiff Ricardo Martinez is a state prisoner proceeding pro se on his Complaint filed pursuant to 42 U.S.C. § 1983. Doc. 1. Plaintiff filed an application to proceed *in forma pauperis*. Doc. 2. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 5, 2025, the assigned magistrate judge issued Findings and Recommendations to deny Plaintiff's application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(g) and to require Plaintiff to pay the $405.00 filing fee in full to proceed with this action. *See* Doc. 15. Specifically, the assigned magistrate found that Plaintiff has accumulated more than three "strikes" and failed to demonstrate that he met the imminent danger exception under 28 U.S.C. § 1915(g). Plaintiff timely filed objections after being granted an extension of time. Docs. 17, 19.

In his objections, Plaintiff argues that he qualifies for *in forma pauperis* status under the "imminent danger" requirement under 28 U.S.C. § 1915(g), notwithstanding his three prior strikes, because at unspecified times the facility failed to provide him with certain durable medical equipment, allegedly causing him pain, loss of strength, and the risk of immobility. Doc. 19 at 4.

The Court has reviewed the record and finds the objections unpersuasive. As correctly noted in the findings and recommendations, conditions or denials of care occurring years prior to the filing of the complaint do not satisfy the imminent danger requirement. *Andrews v. Cervantes*, 493 F.3d 1047, 1055 (9th Cir. 2007). Plaintiff's disagreement with his current course of treatment—specifically the denial of a second opinion or specific equipment—does not establish an imminent danger of serious physical injury. *See Frederick v. Kever*, 2019 WL 3857705, at *3 (N.D. Fla. Aug. 8, 2019); *Kelly v. Warden of Kern Valley State Prison*, 2024 WL 4450655, at *6-8 (E.D. Cal. Oct. 9, 2024). Although Plaintiff alleges he is at risk of being unable to walk if the court does not take action, he fails to connect this potential harm to any specific denial of treatment by Defendants. Such "[o]verly speculative and fanciful allegations do not plausibly show imminent danger." *Stine v. Fed. Bureau of Prisons*, No. 1:13-CV-1883 AWI-MJS, 2015 WL 5255377, at *6 (E.D. Cal. Sept. 9, 2015). Furthermore, Plaintiff alleges his underlying injury occurred in 2011, 14 years prior to his filing of this action, and his most recent claim of denied treatment occurred over a year before the complaint was filed. These past events fail to demonstrate that Plaintiff is currently in physical danger as the imminent danger exception "turns on the conditions a prisoner faced at the time the complaint was filed, not at some earlier or later time." *Andrews*, 493 F.3d at 1053, 1056.

Pursuant to 28 U.S.C. § 636 (b)(1), this Court conducted a de novo review of the case. Having carefully reviewed the matter, the Court concludes the findings and recommendations are supported by the record and proper analysis. Thus, Plaintiff may not proceed *in forma pauperis* and is required to pay the filing fee in full before proceeding any further with this action.

///

///

Accordingly, it is ORDERED:

1. The Findings and Recommendations issued on December 5, 2025, Doc. 15, are ADOPTED in full;
2. Plaintiff's motion for leave to proceed in forma pauperis, filed August 26, 2025, Doc. 2, is DENIED.
3. Plaintiff is PRECLUDED from proceeding in forma pauperis in this action pursuant to 28 U.S.C. § 1915(g); and
4. Plaintiff SHALL pay the $405.00 filing fee within thirty (30) days of the date of service of this order. **If Plaintiff fails to pay the filing fee within the specified time, this action will be dismissed without further notice.**

IT IS SO ORDERED.

Dated: August 7, 2026

UNITED STATES DISTRICT JUDGE